The Honorable Ricardo S. Martinez

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON AT SEATTLE

| | |
|---|---|
| ABBY BEREKET, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC and JOHN DOES 1-25,<br><br>Defendant(s). | NO. 2:17-cv-00812-RSM<br><br>**STIPULATION REGARDING EXTENSION OF CLASS CERTIFICATION DEADLINES** |

**STIPULATION**

On September 21, 2017, Defendant Portfolio Recovery Associates, LLC ("Portfolio") filed a Motion to Extend Class Certification Deadlines (the "Motion," Dkt. 19). Portfolio noted the Motion for consideration on September 29, 2017.

The parties have since conferred, and agree that for the reasons stated in the Motion, good cause exists for the Court to extend by two months the deadlines set forth in the Court's September 6, 2017 Rule 16(b) and Rule 23(d)(2) Scheduling Order Regarding Class Certification Motion (the "Order," Dkt. 16). More specifically, the parties stipulate that the deadlines set forth in the Order should be modified as follows:

STIPULATION REGARDING EXTENSION OF CLASS
CERTIFICATION DEADLINES - 1
No. 2:17-cv-00812-RSM

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

| Event | Current Deadline | New Deadline |
|---|---|---|
| Deadline to complete discovery on class certification (not to be construed as a bifurcation of discovery) | October 20, 2017 | December 22, 2017 |
| Deadline for Plaintiffs to file motion for class certification (noted on the fourth Friday after filing and service of the motion pursuant to Local Rules W.D. Wash. LCR 7(d)(3) unless the parties agree to different times for filing the response and reply memoranda) | November 17, 2017 | January 19, 2018 |

Since Mr. Bereket does not oppose the Motion, Portfolio is filing, concurrently with this submission and pursuant to LCR 7(d)(1) and LCR 10(g), a Notice of Motion Renoted resetting the Motion for hearing today.

DATED: September 25, 2017.

**SAVITT BRUCE & WILLEY LLP**
By:    /s/ Duncan E. Manville
      Stephen C. Willey, WSBA #24499
      Duncan E. Manville, WSBA #30304
      1425 Fourth Avenue, Suite 800
      Seattle, WA 98101-2272
      Tel.: (206) 749-0500
      Fax: (206) 749-0600
      Email: swilley@sbwllp.com
             dmanville@sbwllp.com

Attorneys for Defendant Portfolio Recovery Associates, LLC

**CONCORD LAW, P.C.**
By:    /s/ Ryan Pesicka
      Ryan Pesicka, WSBA #48182
      Waterfront Park Building
      144 Railroad Avenue, Suite 236
      Edmonds, WA 98020
      Tel.: (206) 512-8029
      Fax: (206) 512-8914
      Email: Ryan@ConcordLawSeattle.com

STIPULATION REGARDING EXTENSION OF CLASS CERTIFICATION DEADLINES - 2
No. 2:17-cv-00812-RSM

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500

# ORDER

Pursuant to the above stipulation and good cause having been shown, the Court hereby GRANTS Defendant Portfolio Recovery Associates, LLC's Motion to Extend Class Certification Deadlines (Dkt. 19), as follows:

- The deadline to complete discovery on class certification (not to be construed as a bifurcation of discovery) is extended from October 20, 2017 to December 22, 2017.

- The deadline for Plaintiffs to file a motion for class certification (noted on the fourth Friday after filing and service of the motion pursuant to Local Rules W.D. Wash. LCR 7(d)(3) unless the parties agree to different times for filing the response and reply memoranda) is extended from November 17, 2017 to January 19, 2018.

Dated this 26 day of September, 2017.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

STIPULATION REGARDING EXTENSION OF CLASS CERTIFICATION DEADLINES - 3
No. 2:17-cv-00812-RSM

SAVITT BRUCE & WILLEY LLP
1425 Fourth Avenue Suite 800
Seattle, Washington 98101-2272
(206) 749-0500