THE HONORABLE RICARDO S. MARTINEZ

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON

| | |
|---|---|
| ABBY BEREKET, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC and JOHN DOES 1-25,<br><br>Defendants. | NO. 2:17-CV-00812-RSM<br><br>**NOTICE OF WITHDRAWAL OF COUNSEL RYAN PESICKA** |

TO:   THE CLERK OF COURT; and

TO:   ALL PARTIES AND THEIR ATTORNEYS OF RECORD:

NOTICE is hereby given that under Local Civil Rule 83.2(b)(3), Ryan Pesicka withdraws as counsel for Plaintiff Abby Bereket in this matter. Plaintiff will continue to be represented by his remaining counsel of record, Yitzchak Zelman, Ari Marcus, Beth E. Terrell, and Blythe H. Chandler. Ms. Terrell and Ms. Chandler shall serve as local counsel under Local Civil Rule 83.1(d)(2). Copies of all future papers and pleadings shall continue to be served upon the remaining attorneys of record for Plaintiff.

NOTICE OF WITHDRAWAL OF COUNSEL RYAN PESICKA - 1
CASE NO. 2:17-CV-00812-RSM

**CONCORD LAW, P.C.**
144 Railroad Avenue, Suite 236
Edmonds, WA 98020
(206) 512-8029

RESPECTFULLY SUBMITTED and DATED this 8th day of March, 2018.

CONCORD LAW, PC

By: /s/ Ryan Pesicka, WSBA #48182
Ryan Pesicka, WSBA #48182
Email: ryan@concordlawseattle.com
144 Railroad Avenue, Suite 236
Edmonds, Washington 98020
Telephone: (206) 512-8029
Facsimile: (206) 512-8914

MARCUS ZELMAN, LLC

By: /s/ Ari Marcus, *Admitted Pro Hac Vice*
Ari Marcus, *Admitted Pro Hac Vice*
Email: ari@marcuszelman.com
Yitzchak Zelman, *Admitted Pro Hac Vice*
Email: yzelman@marcuszelman.com
MARCUS & ZELMAN, LLC
1500 Allaire Avenue, Suite 101
Ocean, New Jersey 07712
Telephone: (732) 695-3282

TERRELL MARSHALL LAW GROUP PLLC

By: /s/ Beth E. Terrell, WSBA #26759
Beth E. Terrell, WSBA #26759
Email: bterrell@terrellmarshall.com
Blythe H. Chandler, WSBA #43387
Email: bchandler@terrellmarshall.com
936 North 34th Street, Suite 300
Seattle, Washington 98103
Telephone: (206) 816-6603
Facsimile: (206) 319-5450

*Attorneys for Plaintiff*

NOTICE OF WITHDRAWAL OF COUNSEL RYAN
PESICKA - 2
CASE NO. 2:17-cv-00812-RSM

**CONCORD LAW, P.C.**
144 Railroad Avenue, Suite 236
Edmonds, WA 98020
(206) 512-8029

CERTIFICATE OF SERVICE

I, Ryan Pesicka, hereby certify that on March 8, 2018, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to the following:

> Duncan Manville, WSBA #30304
> Email: dmanville@sbwllp.com
> Stephen C Willey, WSBA #24499
> Email: swilley@sbwllp.com
> SAVITT BRUCE & WILLEY LLP
> 1425 Fourth Avenue, Suite 800
> Seattle, Washington 98101-2272
> Telephone: (206) 749-0500
> Facsimile: (206) 838-2661
>
> David L. Hartsell, *Admitted Pro Hac Vice*
> Email: dhartsell@mcguirewoods.com
> Sarah A Zielinski, *Admitted Pro Hac Vice*
> Email: szielinski@mcguirewoods.com
> MCGUIREWOODS LLP (IL)
> 77 West Wacker Drive, Suite 4100
> Chicago, Illinois 60601
> Telephone: (312) 750-8898
>
> *Attorneys for Defendant*

DATED this 8th day of March, 2018.

> CONCORD LAW, P.C.
>
> By: /s/ Ryan Pesicka, WSBA #48182
> Ryan Pesicka, WSBA #48182
> Email: ryan@concordlawseattle.com
> 144 Railroad Avenue, Suite 236
> Edmonds, Washington 98020
> Telephone: (206) 512-8029
> Facsimile: (206) 512-8914
>
> *Attorney for Plaintiff*

NOTICE OF WITHDRAWAL OF COUNSEL RYAN PESICKA - 3
CASE NO. 2:17-CV-00812-RSM

**CONCORD LAW, P.C.**
144 Railroad Avenue, Suite 236
Edmonds, WA 98020
(206) 512-8029