UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| ABBY BEREKET, individually and on behalf of all others similarly situated,<br><br>Plaintiff(s),<br><br>v.<br><br>PORTFOLIO RECOVERY ASSOCIATES, LLC and JOHN DOES 1-25,<br><br>Defendant(s). | CASE NO. C17-812 RSM<br><br>**ORDER GRANTING DEFENDANT'S UNOPPOSED MOTION FOR EXTENSION OF TIME TO PROVIDE CLASS DATA** |

THIS MATTER comes before the Court on Defendant Portfolio Recovery Associates, LLC's Unopposed Motion for Extension of Time to Provide Class Data. Having considered the Motion, the Court hereby GRANTS the Motion.

Dated this 19th day of April 2019.

RICARDO S. MARTINEZ
CHIEF UNITED STATES DISTRICT JUDGE

ORDER -1

Presented by:

**McGUIREWOODS LLP**

By: */s/ David L. Hartsell*
　　David L. Hartsell *(admitted pro hac vice)*
　　(IL Bar No. 6192380
　　Sarah A. Zielinski *(admitted pro hac vice)*
　　(IL Bar No. 6294156)
　　77 W. Wacker Drive, Suite 4100
　　Chicago, Illinois 60601-1818
　　(312) 849-8100
　　dhartsell@mcguirewoods.com
　　szielinski@mcguirewoods.com


**SAVITT, BRUCE & WILLEY LLP**

By: */s/ Duncan E. Manville*
　　Stephen C. Willey, WSBA #24499
　　Duncan E. Manville, WSBA #30304
　　1425 Fouth Avenue, Suite 800
　　Seattle, WA 98101-2272
　　(206) 749-0500
　　swilley@sbwllp.com
　　dmanville@sbwllp.com

Attorneys for Defendant
Portfolio Recovery Associates, LLC

ORDER -2